UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 19 - 320 |
| JOHN DOE | : | **O R D E R** |
| | : | **To Be Filed Publicly** |

This matter having come before the Court on the application of Craig Carpenito, United States Attorney for the District of New Jersey (by V. Grady O'Malley, Sr. Lit. Counsel appearing), for an order: (1) captioning this docket *United States v. John Doe*, and (2) sealing portions of the corresponding docket; and for good cause shown,

IT IS THE FINDING OF THIS COURT that:

1. The United States has made a motion under Fed. R. Crim. P. Rule 5 to seal portions of the corresponding docket and to captioned the docket as *United States v. John Doe*; and
2. The United States has presented legal and factual arguments in support of the motion.

WHEREFORE, it is on this 30 day of April 2019

ORDERED that the Clerk of the Court shall re-caption this matter "*United States v. John Doe*"; and it is further

ORDERED that this Order be filed in this matter on the ECF system; and it is further

ORDERED that the redacted Motion shall be filed under seal in this matter, until otherwise ordered by the Court; and it is further

ORDERED that the Clerk's Office shall enter as "Sealed Document" for each document filed in this matter.

_____
HON. WILLIAM H. WALLS, SENIOR
UNITED STATES DISTRICT JUDGE